IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Cr. No. 03-621-01 |
| JOSE PAGAN | : | |

AND NOW, this 22 day of Sept, 2015, upon consideration of the Defendant's Pro Se Motion for a Reduction of Sentence pursuant to 18 U.S. C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and the government's response thereto, it is hereby

**ORDERED**

that the motion is **DENIED** for the reasons set forth in the government's response.

BY THE COURT:

HON. BERLE M. SCHILLER
United States District Court Judge